

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

June 16, 2020

**BY ECF**
The Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States* v. *Amilcar Romero et al.*, 19 Cr. 734 (WHP)

Dear Judge Pauley:

The Government writes on behalf of the parties in advance of the conference scheduled in this matter for June 24, 2020, at 2:00 p.m.

The parties have conferred and respectfully propose that the Court cancel the June 24 conference, in light of the state of the case as well as the COVID-19-related limitations on multi-defendant proceedings currently in place in the District.

The parties note that, on April 24, 2020, the Court adopted the parties' proposed motions schedule, scheduled oral argument on any motions for September 30, 2020, at 2:00 p.m., and excluded time under the Speedy Trial Act until September 30, 2020. (Doc. No. 56.)

Application granted.  Conference adjourned.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

June 17, 2020

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Michael D. Longyear
Justin V. Rodriguez
Jacob E. Warren
Assistant United States Attorneys
(212) 637-2223 / 2591 / 2264

Cc: Counsel of record (by ECF)