UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                    :

        -against-                                   :                    19 Cr. 734 (WHP)

Amilcar Romero,                                      :                    ORDER
Cristian Guerrero-Melgares and              :
Gustavo Llevano-Rivera,                          :
               Defendants.    :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Thursday, November 5, 2020 at 10:00

a.m. to set a trial date.  The dial-in number is 888-363-4749, passcode 3070580.

Dated: October 30, 2020
       New York, New York

                     SO ORDERED:

                     WILLIAM H. PAULEY III
                     U.S.D.J.