

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

January 8, 2021

**BY ECF**
The Honorable William H. Pauley III
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Amilcar Romero et al.*, 19 Cr. 734 (WHP)

Dear Judge Pauley:

    The Government writes on behalf of the parties to clarify, for the avoidance of any doubt, the requests set forth in its January 7, 2021 letter motion. (Doc. No. 101.)

    Counsel for both Mr. Romero and Mr. Llevano-Rivera consent to an adjournment of next week's conference, to setting a trial date in October 2021 (counsel for Mr. Romero specifically requests that the trial date be in late October) and to the exclusion of time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(1)(A), until the October 2021 trial date. As noted in its prior letter motion, the Government submits that the ends of justice served by such an exclusion outweigh the best interests of the defendants and the public in a speedy trial, because such an exclusion will allow the defendants to continue pursuing potential pretrial resolutions and otherwise to prepare for trial.  In addition, such an exclusion will also ensure the effective assistance of counsel and prevent any miscarriage of justice. Defense counsel consent to this motion.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: *Justin Rodriguez*
Michael D. Longyear
Justin V. Rodriguez
Jacob E. Warren
Assistant United States Attorneys
(212) 637-2223 / 2591 / 2264

Application granted.  Conference scheduled for January 15, 2021 is canceled.  A separate scheduling order will be entered on the docket setting out the motion schedule.

SO ORDERED:

*William H. Pauley III*
WILLIAM H. PAULEY III
U.S.D.J.

January 12, 2021