UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                 :

       -against-                                      :        19 Cr. 734 (WHP)

Amilcar Romero                                         :        ORDER
                                  Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Thursday, March 11, 2021 at 9:00 a.m. regarding defendant's application for new representation. The dial-in number is 888-363-4749, passcode 3070580.

Dated: March 8, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.