UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,　　　　　　　 :

　　　　　　-against-　　　　　　　　　　　 :　　　19 Cr. 734 (WHP)

Amilcar Romero and　　　　　　　　　　　　 :　　　ORDER
Gustavo Llevano-Rivera, Defendants.　　　　　:
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

This Court will hold a conference on April 15, 2021 at 12:00 p.m..  The dial in number is 888-363-4749, passcode 3070580.

Dated: March 8, 2021
　　　　New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.