```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,               :

        -against-                       :      19 Cr. 734 (WHP)

Amilar Romero and                       :      ORDER
Gustavo Llevano-Rivera
                Defendants.             :
------------------------------------------------------------X
```

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a status teleconference on Thursday, May 13, 2021 at 9:00 a.m. The dial-in number is 888-363-4749, passcode 3070580.

Dated: May 6, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.