UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    UNITED STATES OF AMERICA

                - v. -

    AMILCAR ROMERO,

                Defendant.

------------------------------------------------------------------------X

ORDER

19 Cr. 734 (VSB)

    WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 13, 2021;

    WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   July 22, 2021
          New York, New York

*Vernon Broderick* (signature)
_____
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK