Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

December 23, 2021

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  12/27/2021

**RE:** *United States v. Amilcar Romero*
**19-cr-734 (VSB)**

Dear Judge Broderick,

    This letter is submitted on behalf of my client, Amilcar Romero. Mr. Romero's sentencing is currently scheduled for January 6, 2021. I respectfully request an adjournment of 30 days, until February 7, 2022. This request is necessary because, in addition to the week-long trial I recently had in the E.D.N.Y. (*United States v. Hightower*, 19-cr-459 (LDH)), I have had to travel to Cleveland, Ohio four times in the last two months to deal with medical care for a family member.

    The government, through A.U.S.A. Justin Rodriguez, consents to this request.

    Therefore, I respectfully request a sentencing adjournment of an additional 30 days until February 7, 2022, or a time convenient to the Court.

Respectfully Submitted,

Meredith S. Heller

Cc: A.U.S.A. Justin V. Rodriguez (via ECF)