Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

January 24, 2022

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  01/25/2022

**RE:** *United States v. Amilcar Romero*
   **19-cr-734 (VSB)**

Dear Judge Broderick,

  This letter is submitted on behalf of my client, Amilcar Romero. Mr. Romero's sentencing is currently scheduled for February 7, 2022. I respectfully request an adjournment of 30 days, until March 9, 2022. This request is necessary because communication with my client at MDC has been extremely difficult. In-person client visits have been suspended for the last few months and legal phone calls and legal mail have both been severely hampered as a result of staffing issues due to the Omicron variant.

  The government, through A.U.S.A. Justin Rodriguez, consents to this request.

  Therefore, I respectfully request a sentencing adjournment of an additional 30 days until March 9, or a time convenient to the Court.

Respectfully Submitted,

Meredith S. Heller

Cc: A.U.S.A. Justin V. Rodriguez (via ECF)